No. 12–6899. ARDILA-CALDERON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–6902. JOHNSON *v.* BRITISH PETROLEUM OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 12–6904. LYONS *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–6907. POLITE *v.* MILLER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–6912. BRUEDERLE *v.* METROPOLITAN GOVERNMENT OF LOUISVILLE AND JEFFERSON COUNTY, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–6919. LIGGINS *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6922. CODY *v.* BUTERA ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6926. JENNINGS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–6931. WILLIAMS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6933. MIDDLETON *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 12–6936. AVILA ET AL. *v.* UNITED STATES;
No. 12–7153. BELL *v.* UNITED STATES;
No. 12–7154. HARDEN *v.* UNITED STATES;
No. 12–7155. BASKIN *v.* UNITED STATES;
No. 12–7156. BATTISTE *v.* UNITED STATES;
No. 12–7172. DOWNS *v.* UNITED STATES;
No. 12–7173. DENMARK *v.* UNITED STATES;
No. 12–7174. DANIELS *v.* UNITED STATES;
No. 12–7177. CRUMBLY *v.* UNITED STATES;
No. 12–7182. LAMAR *v.* UNITED STATES;
No. 12–7184. JOHNSON *v.* UNITED STATES;
No. 12–7185. LLOYD *v.* UNITED STATES;

No. 12–7186. JENKINS v. UNITED STATES;
No. 12–7187. SCOTT v. UNITED STATES;
No. 12–7188. SULLIVAN v. UNITED STATES;
No. 12–7189. SMITH v. UNITED STATES;
No. 12–7190. STILLING, AKA STILLINGS v. UNITED STATES;
No. 12–7191. SMITH v. UNITED STATES;
No. 12–7192. KNIGHT v. UNITED STATES;
No. 12–7193. JELKS v. UNITED STATES;
No. 12–7196. MILLS v. UNITED STATES;
No. 12–7199. MCGRAW v. UNITED STATES;
No. 12–7200. MURPHY v. UNITED STATES;
No. 12–7202. BELL v. UNITED STATES;
No. 12–7220. MOORE v. UNITED STATES;
No. 12–7244. BELLOTT v. UNITED STATES;
No. 12–7285. MANN v. UNITED STATES; and
No. 12–7286. SINGLETARY v. UNITED STATES. C. A. 11th Cir.
Certiorari denied. Reported below: 486 Fed. Appx. 756.

No. 12–6938. AL-QAISI v. UNITED STATES. C. A. Fed. Cir.
Certiorari denied. 

No. 12–6939. MINH DUNG NGUYEN v. LEVITAS. Sup. Ct.
S. D. Certiorari denied. 

No. 12–6940. SHERRATT v. UTAH BOARD OF PARDONS AND
PAROLE ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12–6943. KNOX v. MORGAN ET AL. Sup. Ct. Okla. Cer-
tiorari denied.

No. 12–6944. DAVIS v. FLORIDA. Sup. Ct. Fla. Certiorari de-
nied. 

No. 12–6947. JONES v. LOUISIANA BOARD OF PAROLE ET AL.
Ct. App. La., 1st Cir. Certiorari denied. 

No. 12–6950. STARKS v. CALIFORNIA. Ct. App. Cal., 2d App.
Dist. Certiorari denied.

No. 12–6958. MUHAMMAD v. CALIFORNIA. Ct. App. Cal., 1st
App. Dist. Certiorari denied.

No. 12–6959. MIXON v. CHARLOTTE MECKLENBURG SCHOOLS.
C. A. 4th Cir. Certiorari denied.